No. 36, Orig. TEXAS v. LOUISIANA, 426 U. S. 465. Petition of State of Texas for reconsideration denied.

No. 54, Orig. UNITED STATES v. FLORIDA ET AL. Defendants' exceptions to Report of Special Master on motion of defendants for leave to file counterclaim set for oral argument in due course. [For earlier orders herein, see, e. g., 425 U. S. 931.]

No. 71, Orig. NEW YORK v. NEW JERSEY. Motion for leave to file bill of complaint denied. *Pennsylvania* v. *New Jersey,* 426 U. S. 660 (1976).

No. 72, Orig. SOUTH DAKOTA v. NEBRASKA. Motion for leave to file bill of complaint granted and State of Nebraska allowed 30 days in which to answer.

No. 74-1471. TSC INDUSTRIES, INC., ET AL. v. NORTHWAY, INC., 426 U. S. 438 (1976). Motion of respondent to retax costs denied. MR. JUSTICE BLACKMUN would grant the motion. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 74-6632. MOODY v. DAGGETT, WARDEN. C. A. 10th Cir. [Certiorari granted, 424 U. S. 942.] Motion of the Attorney General of Tennessee for leave to participate in oral argument as *amicus curiae* denied.

No. 75-442. POELKER, MAYOR OF ST. LOUIS, ET AL. v. DOE. C. A. 8th Cir. [Certiorari granted, 428 U. S. 909.] Motion of Americans United for Life, Inc., for leave to file brief as *amicus curiae* granted.

No. 75-492. ROSNER v. UNITED STATES, 427 U. S. 911. The Solicitor General is requested to file a response to petition for rehearing within 30 days.

No. 75-503. COOK ET AL. v. HUDSON ET AL. C. A. 5th Cir. [Certiorari granted, 424 U. S. 941.] Motion of National Education Assn. for leave to file brief as *amicus curiae* denied.